**United States Court of Appeals for the Second Circuit**
**Thurgood Marshall U.S. Courthouse**
**40 Foley Square**
**New York, NY 10007**

**DEBRA ANN LIVINGSTON**
CHIEF JUDGE

**CATHERINE O'HAGAN WOLFE**
CLERK OF COURT

Date: November 21, 2024
Docket #: 24-2856
Short Title: Arbeeny v. Cuomo

DC Docket #: 1:22-cv-2336
DC Court: EDNY (BROOKLYN)
Trial Judge - Lashann Monique Dearcy Hall
Magistrate Judge - Lois B. Bloom

**NOTICE OF RECORD ON APPEAL FILED**

In the above referenced case the document indicated below has been filed in the Court.

\_\_\_\_    Record on Appeal - Certified List

\_\_\_\_    Record on Appeal - CD ROM

\_\_\_\_    Record on Appeal - Paper Documents

\_\_X\_\_   Record on Appeal - Electronic Index

\_\_\_\_    Record on Appeal - Paper Index

Inquiries regarding this case may be directed to 212-857-8588.